**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TAIWAN WILLIAMS,

      Plaintiff,

v.                                                                  Case No. 3:22-cv-26-TJC-PDB

JACOBS ENGINEERING GROUP,
INC. and OPERATIONS
MANAGEMENT INTERNATIONAL,
INC.,

      Defendants.

_____

## O R D E R

     Upon review of the Joint Stipulation For Dismissal With Prejudice (Doc. 36),

filed on December 16, 2022, this case is dismissed with prejudice. Each party shall

bear its own attorneys' fees and costs. The Clerk should close the file.

     **DONE AND ORDERED** in Jacksonville, Florida this 21st day of December,

2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record